IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51035
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

TAVICHE MARQUISE GRIMES, also known as Taviche M. Grimes,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-97-CR-63-1-S
--------------------

October 20, 1999

Before JONES, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Taviche Marquise Grimes has filed a motion to withdraw from representation of Grimes and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Grimes has responded to counsel's motion. Our independent review of the brief, the record, and Grimes's response discloses no nonfrivolous issue. Accordingly, Grimes's court-appointed attorney's motion to withdraw is GRANTED; the attorney is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See 5TH CIR. R. 42.2